B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Eastern District of Virginia

In re **Luther Leroy Wright, Jr.**, Debtor

Case No. **10-34135**

Chapter **7**

# SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 732,400.00 | | |
| B - Personal Property | Yes | 3 | 132,864.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 1,156,398.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 43,966.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | 336,514.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 9,873.34 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 10,731.00 |
| Total Number of Sheets of ALL Schedules | | 19 | | | |
| Total Assets | | | 865,264.00 | | |
| Total Liabilities | | | | 1,536,878.00 | |

# United States Bankruptcy Court
## Eastern District of Virginia

In re  **Luther Leroy Wright, Jr.**,     Case No. **10-34135**
                          Debtor

Chapter **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 43,966.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 43,966.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 9,873.34 |
| Average Expenses (from Schedule J, Line 18) | 10,731.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 16,839.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 321,417.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 39,723.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 4,243.00 |
| 4. Total from Schedule F | | 336,514.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 662,174.00 |

B6B (Official Form 6B) (12/07)

In re **Luther Leroy Wright, Jr.**, Debtor

Case No. **10-34135**

## SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash on Hand** | - | 250.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **E*Trade Bank Account ending in xxx6498 (joint with wife) (value reflected is debtor's interest, & conversion date balance)** | J | 891.00 |
| | | **Union First Market Bank Free Checking Account ending in 0304 (joint with wife) (value reflected is debtor's interest, & conversion date balance)** | J | 357.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Household goods and furnishings, including furniture, appliances, kitchenware and personal effects** | - | 2,025.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Books** | - | 200.00 |
| 6. Wearing apparel. | | **Men's Wearing Apparel** | - | 800.00 |
| 7. Furs and jewelry. | | **Men's Wedding Ring & Watch** | - | 250.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >   **4,773.00**
(Total of this page)

__2__ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Luther Leroy Wright, Jr.**, Case No. **10-34135**
Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **401(a) with employer VCU Health Systems thru Fidelity** | - | **11,846.00** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Principal Bank Safe Harbor IRA ending in 0084** | - | **1,295.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total > **13,141.00**
(Total of this page)

Sheet **1** of **2** continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Luther Leroy Wright, Jr.** , Case No. **10-34135**
Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2008 BMW 328i (40,000 miles)** | J | **18,200.00** |
| | | **2010 BMW X5 (13,527 miles)** | J | **55,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | | **Growing Crops (soybeans & winter wheat)** | - | **4,500.00** |
| 33. Farming equipment and implements. | | **Grain Drill (joint with wife) (total value reflected)** | - | **32,000.00** |
| | | **Sprayer ($4,000); Utility trailer ($750) (joint with wife) (total value reflected)** | J | **4,750.00** |
| 34. Farm supplies, chemicals, and feed. | | **Miscellaneous Farm Equipment & Chemicals** | - | **500.00** |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > (Total of this page) | **114,950.00** |
|---|---|---|
|  | Total > | **132,864.00** |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

In re **Luther Leroy Wright, Jr.**, Case No. **10-34135**
Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Cash on Hand** | | | |
| Cash on Hand | Va. Code Ann. § 34-4 | 67.00 | 250.00 |
| | Va. Code Ann. § 34-4 | 183.00 | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| E*Trade Bank Account ending in xxx6498 (joint with wife) (value reflected is debtor's interest, & conversion date balance) | Va. Code Ann. § 34-4 | 891.00 | 891.00 |
| Union First Market Bank Free Checking Account ending in 0304 (joint with wife) (value reflected is debtor's interest, & conversion date balance) | Va. Code Ann. § 34-4 | 357.00 | 357.00 |
| **Household Goods and Furnishings** | | | |
| Household goods and furnishings, including furniture, appliances, kitchenware and personal effects | Va. Code Ann. § 34-26(4a) | 2,025.00 | 2,025.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Books | Va. Code Ann. § 34-4 | 200.00 | 200.00 |
| **Wearing Apparel** | | | |
| Men's Wearing Apparel | Va. Code Ann. § 34-26(4) | 800.00 | 800.00 |
| **Furs and Jewelry** | | | |
| Men's Wedding Ring & Watch | Va. Code Ann. § 34-26(1a) | 250.00 | 250.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| 401(a) with employer VCU Health Systems thru Fidelity | 11 USC 522(n) | 11,846.00 | 11,846.00 |
| **Stock and Interests in Businesses** | | | |
| Principal Bank Safe Harbor IRA ending in 0084 | 11 USC 522(d)(12) | 1,295.00 | 1,295.00 |
| **Crops -Growing or Harvested** | | | |
| Growing Crops (soybeans & winter wheat) | Va. Code Ann. § 8.01-489 | 4,500.00 | 4,500.00 |
| **Farming Equipment and Implements** | | | |
| Grain Drill (joint with wife) (total value reflected) | Va. Code Ann. § 34-4 | 1,310.00 | 32,000.00 |
| Sprayer ($4,000); Utility trailer ($750) (joint with wife) (total value reflected) | Va. Code Ann. § 34-4 | 2,375.00 | 4,750.00 |
| **Farm Supplies, Chemicals, and Feed** | | | |
| Miscellaneous Farm Equipment & Chemicals | Va. Code Ann. § 34-4 | 67.00 | 500.00 |
| | Va. Code Ann. § 34-4 | 433.00 | |
| | Total: | **26,599.00** | **59,664.00** |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt